IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARIAJACQUELINE DICENT a/k/a,　　　:
MARIA J. DISEN, a/k/a　　　　　　　　:
MARIA JIMENEZ DISEN-COLON,　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　:　　3:25-CV-406
　　　　　　　　　　　　　　　　　　　　:　　(JUDGE MARIANI)
LAND HOME FINANCIAL　　　　　　　　:
SERVICES, INC. and MAGERICK, LLC, :
　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　　　　　　:

## ORDER

**AND NOW, THIS 3RD DAY OF APRIL, 2026**, upon *de novo* review of Magistrate

Judge Schwab's Report and Recommendation ("R&R") (Doc. 24), Plaintiff's Objections[1]

thereto (Doc. 25), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1.　The R&R (Doc. 24) is **ADOPTED** for the reasons stated therein.

2.　Plaintiff's Objections (Doc. 25) are **OVERRULED**. Following a recitation of the

procedural history of the above-captioned action, Plaintiff's Objections dispute

Judge Schwab's characterization of her Complaint as "confusing", assert the

R&R takes portions of her Complaint "out of context", and accuse the Defendants

of fraud and "fabricating evidence." (*See generally*, Doc. 25). Notably, Plaintiff

---

[1] Following the issuance of the R&R, Plaintiff filed a document entitled "Answer to Report and Recommendation" (Doc. 25), which the Court liberally interprets as objections by Plaintiff to the R&R.

does not address the well-reasoned basis for Judge Schwab's recommendation that the Complaint be dismissed with leave to file an Amended Complaint, *i.e.*, "that Dicent's complaint fails to demonstrate that the defendants meet the statutory definition of 'debt collectors'" (Doc. 24, at 20).  Because Judge Schwab's recommendation is based on Plaintiff's failure to assert facts plausibly demonstrating that the defendants are "debt collectors", and the Court agrees with Judge Schwab on this point, Plaintiff's Objections pertaining to other aspects of the R&R's analysis are not material.

3.  Defendants' Motion to Dismiss (Doc. 18) is **GRANTED**.

4.  Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

5.  Plaintiff may file an Amended Complaint within **28 days** of the date of this Order. Failure to file an Amended Complaint may result in the dismissal of the above-captioned action.[2]

Robert D. Mariani
United States District Judge

---

[2] If filing an Amended Complaint, the Court strongly urges Plaintiff to follow Judge Schwab's guidance, set forth in the R&R on pages 23-24, setting forth the information that must be contained in the amended complaint, including that "as to her FDCPA claims, Dicent must allege facts that plausibly show that the defendants are debt collectors" and "must clearly allege what acts each defendant took that allegedly violated the FDCPA."